IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BARBARA BRYANT,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART STORES EAST, LP,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 5:14-CV-280 (MTT)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Before the Court are the Plaintiff's motion to remand (Doc. 5) and the Parties' consent motion to remand (Doc. 6). On June 25, 2014, Plaintiff Barbara Bryant sued Defendant Wal-Mart Stores East, LP in the State Court of Bibb County based on allegations of negligence. (Doc. 1-2). The Defendant was served on July 8, 2014 and removed the case to this Court on July 28, 2014 based on diversity of citizenship. (Doc. 1). *See* 28 U.S.C. §§ 1332, 1441. Removal was based on a demand letter in which the Plaintiff offered to settle the case for $250,000. (Doc. 1-4). However, the Plaintiff has since stipulated that any verdict greater than $75,000 will be reduced to $75,000. Because the amount in controversy is not greater than $75,000, the Court lacks jurisdiction. Accordingly, the motions to remand (Docs. 5; 6) are **GRANTED**. The case is **REMANDED to the State Court of Bibb County**.

**SO ORDERED**, this 7th day of August, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT